UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:20-cr-165-T-35-AAS

JAMES WESLEY MOSS, et. al.

**UNITED STATES' MOTION *IN LIMINE* TO PRECLUDE ANY REFERENCE TO UNCHARGED CRIMINAL CONDUCT OF COOPERATING WITNESSES**

In this trial, a number of the Defendant's co-conspirators will likely testify, including co-conspirators who have pleaded guilty in this case and another case and will testify about the Defendant's involvement in the fraud scheme charged in this case. Pursuant to Federal Rules of Evidence 609 and 403, the United States files this motion *in limine* to preclude any questioning, arguments, or other references to uncharged conduct of cooperating witnesses. Under Rule 609(a), a party may question a witness about a "criminal conviction" to attack "a witness's character for truthfulness" if (1) the crime carries a sentence or more than a year and is otherwise admissible under Rule 403, or (2) the elements of the crime include a dishonest act or false statement. On its face, however, Rule 609 permits only "evidence of a criminal *conviction*" to be so used. F.R.E. 609(a) (emphasis added). Uncharged conduct that did not result in a conviction may not be used for impeachment. *See United States v. Hughes*, 658 F.2d 317, 320 (5th Cir. Unit B 1981) (explaining that while "Rule 609 of

the Federal Rules of Evidence provides for the impeachment of a witness because of a prior conviction … evidence of arrests or investigations is not admissible."); *see also United States v. Alvarado*, 519 F.2d 1133, 1135 (5th Cir. 1975) ("It is firmly established in this circuit that a witness may not be impeached by inquiry into specific acts of misconduct not resulting in a conviction.").[1]

Permitting cross-examination about unproven allegations of wrongdoing would cause serious, unfair prejudice to the government, as the Eleventh Circuit Court of Appeals has stated. In *United States v. Novaton*, the defendants argued that the district court had erred in granting a similar motion *in limine* that precluded them from cross-examining government witnesses about allegations of corruption. 271 F.3d 968, 1004-05 (11th Cir. 2001). According to the defendants, such cross-examination would establish the witnesses' bias and motive to lie. *See id.* Rejecting that argument, the Eleventh Circuit stated "'[i]n these circumstances, when the allegations of wrongdoing were grave but no sanctions resulted, the danger was great that the jury would infer more from the investigation than was fairly inferable.'" *Id.* at 1006-07 (affirming district court's ruling prohibiting the use of uncharged conduct to impeach government witnesses) (internal citation omitted).

---

[1] "The Eleventh Circuit has adopted as precedent all decisions of the former Fifth Circuit rendered prior to October 1, 1981, and all Fifth Circuit Unit B decisions rendered after October 1, 1981." United States v. Maxwell, 579 F.3d 1282, 1305 (11th Cir. 2009).

WHEREFORE, the United States respectfully requests that the Court grant this motion and preclude any questioning, arguments, or other references to uncharged conduct of cooperating government witnesses.

Respectfully submitted,

KARIN HOPMANN
Acting United States Attorney

By: /s/ *Alejandro Salicrup*
Alejandro J. Salicrup
Carlos A. López
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
400 N. Tampa St., Suite 3200
Tampa, FL 33602
(202) 591-5456 (Alejandro Salicrup)
Alejandro.Salicrup2@usdoj.gov
(202) 875-9038 (Carlos A. López)
Carlos.Lopez@usdoj.gov

## **RULE 88.9 CERTIFICATE**

I, Alejandro J. Salicrup, certify that I have conferred with counsel in a good faith effort to resolve the issues raised in the motion and have been unable to do so.

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notice(s) of Electronic Filing.

*/s/ Alejandro J. Salicrup*
Alejandro J. Salicrup
