# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                             **CASE NO: 8:20-cr-165-MSS-AAS**

**JAMES WESLEY MOSS**

_____

## ORDER

**THIS CAUSE** is before the Court on the Defendant's Unopposed Motion for Continuance of April 4, 2023, Sentencing Hearing. (Dkt. 327) The Defendant is requesting that the sentencing, which is presently scheduled for April 4, 2023, be continued.

Accordingly, it is **ORDERED** as follows:

1. The Defendant's Unopposed Motion for Continuance of April 4, 2023, Sentencing Hearing is hereby **GRANTED**.

2. The Sentencing in this case is rescheduled to **June 22, 2023, at 9:30 AM.** Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

3. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 6th day of March 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
              U.S. Marshal Service
              U.S. Probation Office
              U.S. Pretrial