UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8: 20-CR-00165-MSS-AAS

EDWARD CHRISTOPHER WHITE, JR.

## **UNITED STATES' NOTICE OF APPEARANCE**

Undersigned counsel hereby files this Notice of Appearance as counsel of record for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

                    Respectfully submitted,

                    ROGER B. HANDBERG
                    United States Attorney

By:   */s/ John Scanlon*
        John (Fritz) Scanlon
        Assistant Chief
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue NW
        Washington, DC 20005
        Telephone: (202) 304-2946
        E-mail: John.Scanlon@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ John Scanlon*
John (Fritz) Scanlon
Assistant Chief
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 304-2946
E-mail: John.Scanlon@usdoj.gov